UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JORGE ALVAREZ,

                         Plaintiff,                    Docket No.: 18-cv-4841 (CS)

      -against-

MAGAN FOOD ENTERPRISES, INC. d/b/a
HUBBA'S, and CARLOS MAGAN, individually,

                         Defendants.
-------------------------------------------------------------X

## ORDER TO SHOW CAUSE IN SUPPORT OF
## BORRELLI & ASSOCIATES, P.L.L.C.'S MOTION TO WITHDRAW AS COUNSEL
## OF RECORD FOR PLAINTIFF JORGE ALVAREZ

Upon the annexed Declaration of Danielle E. Mietus, Esq. in Support of Order to Show Cause of Borrelli & Associates, P.L.L.C. to Withdraw as Counsel of Record for Plaintiff Jorge Alvarez in the above-captioned action, dated September 4, 2019, and all pleadings and proceedings heretofore had herein, it is hereby ORDERED that:

1.     Plaintiff show cause before this Court, in Courtroom 621, at the United States District Court for the Southern District of New York, at the Courthouse located at 300 Quarropas Street, White Plains, New York 10601, on __October 10__, 2019, at __3:30__ a.m./__p.m.__, or as soon thereafter as counsel may be heard, why an order should not be entered granting leave to Borrelli & Associates, P.L.L.C., to withdraw as attorneys of record for Plaintiff in this action

2.     Let service of a copy of this Order to Show Cause, together with the papers upon which it is based, be accomplished by delivering these papers by __email & overnight mail__, to Plaintiff, at his last known address, 5903 E Avenue T2, Palmdale, California 93552, and by

___email___, to Defendants' counsel, Jason Mizrahi, Esq., Levin-Epstein & Associates, P.C., Attorneys for Defendants, 1 Penn Plaza, Suite 2527, New York, New York 10119, by on or before ~~9/~~ ~~e[De]~~ Sept. 9, 2019, and that be deemed good and sufficient service.

3. Opposition papers, if any, from either Plaintiff or Defendants, must be served on Borrelli & Associates, P.L.L.C., 910 Franklin Avenue, Suite 200, Garden City, New York 11530, and filed with the Court by October 3, 2019.

Dated: White Plains, New York
       9/4 , 2019

_Cathy Seibel_
The Honorable Cathy Seibel
United States District Judge